PROB 12B
(7/93)

Report Date: January 27, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alfred Allison Hadlock     Case Number: 2:11CR00018-1 & 2:11CR00019-1

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 8/8/2006     Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. 2113(a) and Robbery Affecting Commerce, Aiding and Abetting, 18 U.S.C. 1951(a) and 2

Date Supervision Commenced: 1/13/2011

Original Sentence: Prison - 78 Months; TSR - 36 Months

Date Supervision Expires: 1/12/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Alfred Hadlock was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Hadlock has agreed to the proposed modifications.

Prob 12B
**Re: Hadlock, Alfred Allison**
**January 27, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/27/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

Jan. 28, 2011
Date